MAURICE D. CADMAN, Respondent, v. THE CITY OF New York, Appellant.

*Cadman v. City of New York*, 174 App. Div. 917, affirmed.
(Argued March 11, 1918; decided March 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 2, 1916, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damages to property resulting from overflow of a city sewer during a heavy rain storm. Plaintiff alleged that the water came up through manholes, overflowed the sidewalk and poured into his cellar. Defendant contended that the sewers built by the city were ample and sufficient for every ordinary purpose that it reasonably could be supposed their use would be put to; that they were properly maintained and properly cleaned; that a storm of unusual severity occurred on this day, a torrential rainstorm, which inconvenienced all the people of New York, blocking up the subways and railroads, a storm of the greatest severity that there was any record of.

*William P. Burr*, Corporation Counsel (*William B. Carswell* of counsel) for appellant.

*Percival C. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.